KELLY KLAUS (SBN 161091)
Kelly.Klaus@mto.com
ROSE LEDA EHLER (SBN 296523)
Rose.Ehler@mto.com
OLIVER BROWN (SBN 335952)
Oliver.Brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC.; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CONTENT PRODUCTIONS LLC; UNIVERSAL TELEVISION LLC; AMAZON CONTENT SERVICES LLC; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; NETFLIX STUDIOS, LLC; OPEN 4 BUSINESS PRODUCTIONS LLC; PARAMOUNT PICTURES CORPORATION; SCREEN GEMS, INC.; and SONY PICTURES ANIMATION INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JASON TUSA; and DOES 1-10 d/b/a ALTERED.CARBON TV, DIGITAL UNICORN MEDIA, SINGULARITY MEDIA, and AREA 51, <br><br> Defendants. | Case No. 2:21-cv-05456-VAP-AS <br><br> **NOTICE OF DEFENDANTS' FAILURE TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge: Hon. Virginia A. Phillips <br> Date: Aug. 9, 2021 <br> Time: 2:00 p.m. <br> Courtroom: 8A |

On July 8, 2021, Plaintiffs filed a Motion for Preliminary Injunction in this action, seeking to enjoin Defendant Jason Tusa ("Tusa") from continuing to infringe Plaintiffs' copyrights, via his latest infringing streaming service, Altered Carbon, or any other. Tusa failed to timely respond to Plaintiffs' Motion. Pursuant to Local Rule 7-12, the Court may deem his silence as consent to Plaintiffs' requested relief.

Tusa was personally served with a copy of the Motion and all supporting filings on July 10, 2021. Dkt. No. 21 (Proof of Service). His response was due by July 19, 2021. L.R. 7-9. Tusa failed to respond or seek an extension.

Plaintiffs are not aware of a legitimate reason why Tusa would be unable to fulfill his obligations to this Court. Tusa was personally served with the Motion. Dkt. No. 21. He is familiar with Plaintiffs and their counsel from their history of negotiating a settlement. Dkt. No. 15, Declaration of Jan van Voorn ¶¶ 32-36. He has previously engaged counsel. *See id.* ¶ 32.

Plaintiffs respectfully request that their Motion be granted.

DATED: July 26, 2021					MUNGER, TOLLES & OLSON LLP


							By:	*/s/ Rose Leda Ehler*
								ROSE LEDA EHLER
								Attorneys for Plaintiffs