JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment, Inc., et al., <br><br> Plaintiff, <br><br> v. <br><br> Jason Tusa, et al., <br><br> Defendant.. | Case No. 2:21-cv-05456-VAP-ASx <br><br> **Default Judgment** <br> **(Dkt. 32)** <br><br> REDACTED |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Plaintiffs' Motion for Default Judgment issued herewith, judgment is hereby entered in favor of Amazon Content Services, LLC, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Netflix Studios, LLC, Open 4 Business Productions, LLC, Paramount Pictures Corporation, Screen Gems, Inc., Sony Pictures Animation, Inc., Universal City Studios, LLC, Universal City Studio Productions, LLLP, Universal Content Productions, LLC, Universal Television, LLC, and Warner Bros. Entertainment, Inc.

Pursuant to this Default Judgment, the Court awards Plaintiffs the requested injunctive relief.  The Court also awards Plaintiffs $272,500 in

damages, ███████████████████████ and $9,050 in attorneys' fees.

**IT IS SO ORDERED.**

Dated: 10/25/21

*/s/ Virginia A. Phillips*
Virginia A. Phillips
United States District Judge